# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Edna Louise Brumbaugh

          V.

Comstar Mortgage Corporation,
 formerly known as Accubanc Mortgage Corporation;
Law Firm Palaceck, Skaja and Broyels;
Carl J. Skaja;
Patricia Rupe

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   07cv786-MMA(POR)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court dismisses with prejudice Plaintiff's claims against all remaining defendants. Accordingly, this action is hereby dismissed with prejudice in its entirety.

| December 17, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ L. Hammer |
| | (By) Deputy Clerk |
| | ENTERED ON December 17, 2009 |